IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| THE FOUNDATION FOR GOVERNMENT ACCOUNTABILITY,<br><br>                      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA *in his official capacity as Secretary of HHS*, U.S. DEPARTMENT OF LABOR, JULIE A. SU *in her official capacity as Acting Secretary of Labor*, U.S. DEPARTMENT OF THE TREASURY, *and* JANET YELLEN *in her official capacity as Secretary of the Treasury*,<br><br>                      Defendants. | No. 2:23-cv-207 |

**REQUEST FOR ORAL ARGUMENT**

Plaintiff, the Foundation for Government Accountability (FGA), requests oral argument on its motion for summary judgment. FGA believes that oral argument would aid this Court in resolving this important case challenging agency action under the Administrative Procedure Act. In an APA challenge like this one, "the entire case on review is a question of law" and "the district judge sits as an appellate tribunal." *Health Freedom Def. Fund, Inc. v. Biden*, 599 F. Supp. 3d 1144, 1156 (M.D. Fla. 2022) (cleaned up) (quoting *Am.*

*Bioscience, Inc. v. Thompson*, 269 F.3d 1077, 1083 (D.C. Cir. 2001)). And the parties have agreed that this case can likely be resolved by motion. *See* Doc. 30, at 2, ¶3. Thus, oral argument would help clarify the issues for this Court before a likely final resolution. FGA requests that each side be given 20 minutes for oral argument. FGA conferred with Defendants about this request and Defendants take no position on it.

Dated: June 19, 2023.

Jeffrey M. Harris (*pro hac vice*)
Gilbert Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Plaintiff*
*The Foundation for Government*
*Accountability*

Respectfully Submitted,

/s/  *Christian Bonta*
Michael A. Sasso
Fla. Bar No. 93814
Christian Bonta
Fla. Bar No. 1010347
Sasso & Sasso, P.A.
1031 W. Morse Blvd., Ste. 120
Winter Park, FL 32789
(407) 644-7161
masasso@sasso-law.com
cbonta@sasso-law.com
wgory@sasso-law.com
notice@sasso-law.com

*Co-Counsel for Plaintiff*
*The Foundation for Government*
*Accountability*

## CERTIFICATE OF SERVICE

I certify that on June 19, 2023, I filed this document on the CM/ECF filing system, which will notify all registered counsel.

<u>/s/  *Michael A. Sasso*</u>