UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| THE FOUNDATION FOR GOVERNMENT ACCOUNTABILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-207-JLB-KCD |

## NOTICE

Defendants respectfully notify the Plaintiff and the Court that, earlier today, Defendants published a new "Frequently Asked Questions" document, which is attached to this filing and also available on the internet. *See* CMS, FAQs About Affordable Care Act Implementation Part 61 (Sept. 27, 2023), https://perma.cc/Q5VX-LB5W. As previewed in Defendants' recent extension motion, ECF No. 41, this new document rescinds the policies of enforcement discretion that were challenged in this lawsuit. Counsel for Defendants now intends to confer promptly with counsel for Plaintiff to discuss the future of this litigation (if any).

Dated: September 27, 2023     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ROGER B. HANDBERG
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: 202-305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*