# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | |
|---|---|
| THE FOUNDATION FOR GOVERNMENT ACCOUNTABILITY,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA *in his official capacity as Secretary of HHS*, U.S. DEPARTMENT OF LABOR, JULIE A. SU *in her official capacity as Acting Secretary of Labor*, U.S. DEPARTMENT OF THE TREASURY, *and* JANET YELLEN *in her official capacity as Secretary of the Treasury*,<br><br>        Defendants. | Civil Action No. 2:23-cv-207 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff the Foundation for Government Accountability, and Defendants the U.S. Department of Human Services, Xavier Becerra in his official capacity of Secretary of Health and Human Services, U.S. Department of Labor, Julie A. Su in her official capacity as Acting Secretary of Labor, U.S. Department of the Treasury, and Janet Yellen in her official capacity as Secretary of the Treasury jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice. Each party will bear that party's own fees and costs.

Dated: September 30, 2023

Jeffrey M. Harris (*pro hac vice*)
Gilbert Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Plaintiff*
*The Foundation for Government*
*Accountability*

Respectfully Submitted,

/s/  *Christian Bonta*
Michael A. Sasso
Fla. Bar No. 93814
Christian Bonta
Fla. Bar No. 1010347
Sasso & Sasso, P.A.
1031 W. Morse Blvd., Ste. 120
Winter Park, FL 32789
(407) 644-7161
masasso@sasso-law.com
cbonta@sasso-law.com
wgory@sasso-law.com
notice@sasso-law.com

*Co-Counsel for Plaintiff*
*The Foundation for Government*
*Accountability*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ROGER B. HANDBERG
 United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

Telephone: 202-305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2023, I filed this document on the CM/ECF filing system, which will notify all registered counsel.

/s/ *Chrisian Bonta*